IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LITIGATION, <br><br> This Document Relates to: All Actions | Master Docket: Misc. No. 21-1230 <br><br> MDL No. 3014 |

**PRETRIAL ORDER #14**

**SCHEDULING THE FILING OF CONSOLIDATED AMENDED CLASS AND MASTER COMPLAINTS, ANSWERS, MOTIONS TO DISMISS, AND RELATED BRIEFING**

Upon consideration of the parties' agreement to a Scheduling Order setting forth an orderly and efficient process for filing consolidated amended class and master complaints, answers, motions to dismiss, and briefing related thereto, the following deadlines shall apply:

- Consolidated Amended Class Action (Economic Loss) Complaint: June 20, 2022
    - Answers or Motions to Dismiss: August 22, 2022
    - Oppositions to Motions to Dismiss: October 21, 2022
    - Replies in Support of Motions to Dismiss: December 5, 2022

- Consolidated Amended Class Action (Medical Monitoring) Complaint: August 22, 2022
    - Answers or Motions to Dismiss: October 24, 2022
    - Oppositions to Motions to Dismiss: December 23, 2022
    - Replies in Support of Motions to Dismiss: February 6, 2023

- Master Personal Injury Complaint: August 22, 2022
    - Answers or Motions to Dismiss: October 24, 2022
    - Oppositions to Motions to Dismiss: December 23, 2022
    - Replies in Support of Motions to Dismiss: February 6, 2023

**IT IS SO ORDERED** this 19th day of May 2022.

/s/ JOY FLOWERS CONTI
**JOY FLOWERS CONTI**
*Senior United States District Judge*