# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>See Exhibit B | ) ) ) ) Master Docket: 2:21-mc-01230-JFC ) ) ) MDL No. 3014 ) ) ) Honorable Joy Flowers Conti ) ) ) ) |

## MOTION OF THE PHILIPS DEFENDANTS TO DISMISS FOR FAILURE TO COMPLY WITH ORDER TO SHOW CAUSE

Defendants Philips RS North America LLC, Koninklijke Philips N.V., Philips North America LLC, Philips Holding USA, Inc., and Philips RS North America Holding Corporation (collectively, "Philips Defendants"), through their undersigned counsel, respectfully submit this Motion to Dismiss with prejudice the actions of 79 Litigating Plaintiffs who have failed to respond to this Court's June 13, 2025 Order to Show Cause. In support of their Motion, the Philips Defendants rely upon and incorporate by reference their Memorandum of Law and Exhibits filed simultaneously with this Motion.

Dated:  September 2, 2025                          Respectfully submitted,

*/s/ John P. Lavelle, Jr.*
John P. Lavelle, Jr. (PA 54279)
Lisa C. Dykstra (PA 67271)
**MORGAN, LEWIS & BOCKIUS LLP**
2222 Market Street
Philadelphia, PA 19103-3007
Tel:  215.963.5000
john.lavelle@morganlewis.com
lisa.dykstra@morganlewis.com

Wendy West Feinstein (PA 86698)
**MORGAN, LEWIS & BOCKIUS LLP**
One Oxford Center, 32nd Floor
Pittsburgh, PA 15219-6401
Tel:  412.560.3300
wendy.feinstein@morganlewis.com

*Counsel for Defendant*
*Philips RS North America LLC*

*/s/ William B. Monahan*
William B. Monahan
Tracy Richelle High
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, NY 10004
Tel:  212.558.4000
hight@sullcrom.com
monahanw@sullcrom.com

*Counsel for Defendants Koninklijke*
*Philips N.V., Philips North America LLC,*
*Philips Holding USA, Inc., and Philips RS North*
*America Holding Corporation*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on September 2, 2025, the foregoing document was electronically filed with the Clerk of Court and served upon counsel of record through the Court's ECF filing system.

                                             */s/ John P. Lavelle, Jr.*
                                             John P. Lavelle, Jr